1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10                            WESTERN DIVISION

11
   CHARLES SIMPSON,                    ) Case No. CV 14-9649-ODW(AJW)
12                                      )
            Petitioner,                 )
13                                      )
        v.                              )
14                                      )    JUDGMENT
   THE DIRECTOR OF THE CDCR,            )
15                                      )
            Respondent.                 )
16 _____)

17

        It is hereby adjudged that this action is **dismissed without**
18
**prejudice.**
19

20
Date:  February 3, 2015
21

22
                              _____
23                            Otis D. Wright, II
                              United States District Judge
24

25

26

27

28